

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00017-CR

SHANE CADE CROWSON                                               APPELLANT

V.

THE STATE OF TEXAS                                                     STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 1353922D

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Remove Request To Appeal."

The motion complies with rule 42.2(a) of the rules of appellate procedure.  Tex.

R. App. P. 42.2(a).  No decision of this court having been delivered before we

received this motion, we grant the motion and dismiss the appeal.  *See* Tex. R.

App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 23, 2015